# EXHIBIT B

## 2002-2005 Combined Verdict Summary

*The following summarizes the four-year totals by case type*

| Case Type | Total Cases | Win-Loss/Percentage | Aggregate Awards | Average Plaintiff | Average Verdict |
|---|---|---|---|---|---|
| **Auto Negligence** | | | | | |
| 2002-2005 | 568 | 303-265  41.9% | $118,487,640 | $391,048 | $208,605 |
| *Adjusted total less the seven largest results* | | | $17,237,640 | $58,235 | $30,726 |
| (Case No. 406 - $19,000,000, Case No. 14 - $24,500,000, Case No. 347 - $6,250,000 and Case No. 457 - $7,000,000, Case No. 1374 - $29,000,000, Case No. 1172 - $12,500,000, Case No. 1206 - $3,000,000) | | | | | |
| **Medical Negligence** | | | | | |
| 2002-2005 | 143 | 43-100  30.1% | $63,825,318 | $1,484,309 | $446,330 |
| *Adjusted total less the largest result* | | | $49,325,318 | $1,174,412 | $347,361 |
| (Case No. 638 - $14,500,000) | | | | | |
| **Slip & Fall/Premises Liability** | | | | | |
| 2002-2005 | 86 | 31-55  36.0% | $5,562,149 | $179,424 | $64,676 |
| *Adjusted total less the two largest results* | | | $2,562,149 | $85,404 | $30,142 |
| (Case No. 176 - $2,000,000 and Case No. 787 - $1,000,000) | | | | | |
| **UIM-UM** | | | | | |
| 2002-2005 | 77 | 62-15  80.5% | $10,293,617 | $166,026 | $133,683 |
| **Employment Retaliation** | | | | | |
| 2002-2005 | 24 | 16-8  66.7% | $5,691,065 | $355,691 | $237,127 |
| **Civil Rights (Employment)** | | | | | |
| 2002-2005 | 55 | 27-28  49.1% | $28,326,126 | $1,049,115 | $515,020 |
| *Adjusted total less the largest result* | | | $14,726,126 | $566,389 | $272,706 |
| (Case No. 114 - $13,600,000) | | | | | |
| **Assault** | | | | | |
| 2002-2005 | 28 | 19-9  67.9% | $576,309 | $30,332 | $20,582 |
| **Defamation** | | | | | |
| 2002-2005 | 10 | 6-4  60.0% | $31,470,000 | $5,245,000 | $3,147,000 |
| *Adjusted total less the largest result* | | | $1,470,000 | $294,000 | $163,333 |
| (Case No. 1311 - $30,000,000) | | | | | |
| **Products Liability** | | | | | |
| 2002-2005 | 28 | 10-18  35.7%% | $154,915,287 | $15,491,528 | $5,532,688 |
| **Malicious Prosecution** | | | | | |
| 2002-2005 | 10 | 4-6  40.0% | $601,755 | $150,438 | $60,175 |

4

# The Auto Negligence Report

In 2005, the AJVR chronicled 116 automobile negligence verdicts in Alabama as compared with 118 in the 2004 Year in Review. The individual year and combined four-year results are summarized in this report as an aggregate and by the ten sub-regions. For purposes of this chart, any zero verdict is considered a loss; any plaintiff's recovery is counted as a win. The automobile negligence verdict results are grouped by region in the case index such that the reader may turn to a particular region and read all the relevant verdicts from that area.

| Regions / Average Verdict | Win-Loss/Percentage | | Aggregate Awards | Average Plaintiff |
|---|---|---|---|---|
| **Jefferson County** | | | | |
| 4-Year Combined | 88-79 / 52.7% | $41,393,650 | $470,382 | $247,866 |
| *Adjusted 4-year less the two largest verdicts* | | *$4,393,650* | *$51,088* | *$26,628* |
| 2005 | 24-22 / 52.2% | $13,301,983 | $554,249 | $289,173 |
| *Adjusted total less the largest verdict* | | *$801,983* | *$34,868* | *$17,821* |
| (Case No. 1172, $12,500,000) | | | | |
| 2004 | 16-19 / 45.7% | $399,176 | $24,948 | $11,405 |
| 2003 | 15-18 / 45.4% | $1,655,561 | $110,370 | $50,168 |
| 2002 | 33-20 / 62.2% | $26,016,930 | $788,391 | $490,885 |
| *Adjusted total less the largest verdict* | | *$1,516,930* | *$47,404* | *$29,171* |
| (Case No. 14, $24,500,000) | | | | |
| | | | | |
| **Mobile County** | | | | |
| 4-Year Combined | 45-28 / 61.6% | $5,384,715 | $119,660 | $73,763 |
| *Adjusted 4-year less the largest verdict* | | *$2,384,715* | *$54,198* | *$33,121* |
| 2005 | 4-1 / 80.0% | $3,019,100 | $754,775 | $603,820 |
| *Adjusted total less largest verdict* | | *$19,100* | *$6,366* | *$4,775* |
| (Case No. 1206, $3,000,000) | | | | |
| 2004 | 10-3 / 76.9% | $129,350 | $12,935 | $9,950 |
| 2003 | 16-10 / 61.5% | $1,309,279 | $81,829 | $50,356 |
| 2002 | 15-14 / 51.7% | $1,056,336 | $70,422 | $36,425 |
| | | | | |
| **Montgomery Co.** | | | | |
| 4-Year Combined | 16-16 / 50.0% | $1,139,654 | $71,228 | $35,614 |
| 2005 | 4-3 / 57.1% | $312,179 | $78,044 | $44,597 |
| 2004 | 1-4 / 20% | $250,000 | $250,000 | $50,000 |
| 2003 | 1-3 / 75.0% | $112,500 | $112,500 | $28,125 |
| 2002 | 10-6 / 62.5% | $464,975 | $46,497 | $29,060 |
| | | | | |
| **Central AL** | | | | |
| 4-Year Combined | 18-23 / 43.9% | $36,868,583 | $2,048,254 | $899,233 |
| *Adjusted 4-year less the two largest verdicts* | | *$868,583* | *$54,286* | *$22,271* |
| 2005 | 5-5 / 50.0% | $29,364,000 | $5,872,800 | $2,936,400 |
| *Adjusted total less the largest verdict* | | *$364,000* | *$91,000* | *$40,444* |
| (Case No. 1374, $29,000,000) | | | | |
| 2004 | 4-5 / 44.4% | $26,330 | $6,582 | $2,925 |
| 2003 | 2-4 / 33.3% | $272,558 | $136,279 | $45,426 |
| 2002 | 7-9 / 43.7% | $7,205,695 | $1,029,385 | $450,355 |
| *Adjusted total less the largest verdict* | | *$205,695* | *$34,282* | *$13,713* |
| (Case No. 457, $7,000,000) | | | | |

17

### The Auto Negligence Report, continued

| Regions | Win-Loss/Percentage | Aggregate Awards | Average Plaintiff | Average Verdict |
|---|---|---|---|---|
| **Northeast AL** | | | | |
| 4-Year Combined | 24-19 / 55.8% | $1,383,033 | $57,626 | $32,163 |
| 2005 | 5-6 / 45.5% | $88,637 | $17,727 | $8,057 |
| 2004 | | | | |
| 2003 | 6-3 / 66.6% | $892,606 | $148,767 | $99,178 |
| 2002 | 13-10 / 56.5% | $401,790 | $30,906 | $17,469 |
| **Northwest AL** | | | | |
| 4-Year Combined | 26-22 / 54.2% | $486,637 | $18,716 | $10,138 |
| 2005 | 6-2 / 75.0% | $64,911 | $10,818 | $8,113 |
| 2004 | 8-4 / 66.6% | $231,463 | $28,932 | $19,288 |
| 2003 | 3-7 / 30.0% | $22,717 | $7,572 | $2,271 |
| 2002 | 9-9 / 50.0% | $167,546 | $18,616 | $9,308 |
| **Southeast AL** | | | | |
| 4-Year Combined | 21-25 / 45.7% | $21,509,389 | $1,024,256 | $467,595 |
| *Adjusted 4-year less the two largest verdicts* | | *$1,509,389* | *$79,441* | *$34,304* |
| 2005 | 6-4 / 60.0% | $1,267,455 | $211,242 | $126,745 |
| *Adjusted total less the largest verdict (Case No. 1336, $1,000,000)* | | *$267,455* | *$53,491* | *$29,717* |
| 2004 | 3-6 / 33.3% | $560,000 | $186,666 | $62,222 |
| 2003 | 6-5 / 54.5% | $32,534 | $5,422 | $2,957 |
| 2002 | 6-10 / 37.5% | $19,649,400 | $3,274,900 | $1,228,087 |
| *Adjusted total less the largest verdict (Case No. 406, $19,000,000)* | | *$649,400* | *$108,253* | *$40,587* |
| **South Central AL** | | | | |
| 4-Year Combined | 20-20 / 50.0% | $2,151,265 | $107,563 | $53,781 |
| 2005 | 3-3 / 50.0% | $34,576 | $11,525 | $5,762 |
| 2004 | 4-7 / 36.3% | $919,500 | $228,875 | $83,590 |
| 2003 | 7-3 / 70.0% | $975,600 | $139,371 | $97,560 |
| 2002 | 6-7 / 46.1% | $221,589 | $36,931 | $17,045 |
| **Southwest AL** | | | | |
| 4-Year Combined | 23-14 / 62.1% | $7,406,567 | $322,024 | $200,177 |
| *Adjusted 4-Year less the largest verdict* | | *$1,131,567* | *$51,434* | *$31,432* |
| 2005 | 0-2 / 0.0% | N/A | N/A | N/A |
| 2004 | 10-3 / 76.9% | $737,538 | $73,753 | $56,733 |
| 2003 | 3-3 / 50.0% | $122,965 | $40,988 | $20,494 |
| 2002 | 10-6 / 62.5% | $6,546,064 | $654,600 | $409,129 |
| *Adjusted total less the largest verdict (Case No. 347, $6,275,000)* | | *$271,064* | *$30,118* | *$18,070* |
| **West AL** | | | | |
| 4-Year Combined | 18-13 / 58.1% | $780,920 | $43,384 | $25,190 |
| 2005 | 6-3 / 66.6% | $597,548 | $99,591 | $66,394 |
| 2004 | 1-5 / 16.6% | $3,746 | $3,746 | $624 |
| 2003 | 2-1 / 66.6% | $96,800 | $48,400 | $32,266 |
| 2002 | 9-4 / 69.2% | $82,826 | $9,202 | $6,371 |

# The Largest Auto Negligence Verdicts of 2005

Herein, the largest auto negligence verdicts in 2005 are sorted by verdict size, followed by a brief summary of the trial.

## Over $1,000,000

**Shelby   1374**
Verdict:   $29,000,000
A man was killed in a head-on collision with a dump truck that crossed the center line; following the crash the dump truck driver tested positive for methamphetamine, and the truck itself turned out to have mechanical defects that should have kept it off the road.
Plaintiff:   David H. Marsh and
David W. Steelman

**Jefferson 1172**
Verdict:   $12,500,000
While stopped at a traffic light, a man was run over and killed by a tanker truck hauling 35,000 pounds of waste water.
Plaintiff:   Lanny S. Vines and
Robert P. Bruner

**Mobile   1206**
Verdict:   $3,000,000
An elderly driver for a health care provider fell asleep at the wheel and forced another driver under a tractor-trailer; the other driver, a teenager, was killed.
Plaintiff:   Joseph M. Brown, Jr. and
David S. Cain, Jr.

**Fed-Dothan   1336**
Verdict:   $1,000,000
Plaintiff was killed in a disputed red light crash with a tractor-trailer.
Plaintiff:   Harry P. Hall, II and
Elizabeth B. Glasgow

## Other Notable Verdicts ($100,000 and over)

**Greene   1301**
Verdict:   $290,000
A family of three that was driving to a grocery store claimed serious injuries after an approaching semi tractor-trailer crossed the centerline and collided with them; the truck driver was killed in the crash.
Plaintiff:   K. Scott Stapp

**Jefferson   1167**
Verdict:   $250,000
A Gulf War veteran who made the mistake of leaving his van parked in a McDonald's parking lot for two hours was stabbed in the back by a McDonald's security guard.
Plaintiff:   James J. Bushnell and
Bibb Allen

**Jefferson   1171**
Verdict:   $250,000
A driver who went off the road after failing to negotiate a curve ran into a man standing next to a disabled car; the man was crushed to death against the car.
Plaintiff:   Douglas P. Corretti

**Jefferson   1175**
Verdict:   $250,000
A railroad company clerk was assigned to drive on a private road on company property to pick up a train crew; the clerk suffered a herniated disc when her vehicle fell into a hole in a section of the road that was washed out.
Plaintiff:   Frank O. Burge, Jr. and
F. Tucker Burge

**Fed-Birm   1176**
Verdict:   $150,000
A high school speech and drama teacher alleged she was fired for pursuing her FMLA rights as she cared for her sick and since deceased husband.
Plaintiff:   John D. Saxon and
Stephen J. Austin

**Pickens   1302**
Verdict:   $130,000
A married couple were compensated for their injuries after being rear-ended by a contractor's company truck.
Plaintiff:   Matt Glover

**Etowah   1362**
Verdict:   $125,000
A minor suffered a broken neck in a lane incursion crash.
Plaintiff:   J. Douglas Field,
C. Elizabeth Littell, and
Jeffrey P. Montgomery

**Etowah   1368**
Verdict:   $125,000
A woman suffered fatal injuries in a crash with a minor.
Plaintiff:   Robert L. Gorham and
Matthew J. Meloun

**St. Clair 1366**
Verdict:   $100,000
Defendant crossed the centerline, and plaintiff swerved to avoid a head-on crash; plaintiff suffered a serious shoulder injury when defendant sideswiped him.
Plaintiff:   Robert L. Minor and
Matt Abbott