IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| EARNEST MITCHELL and<br>BETTY JEAN MITCHELL,<br><br>    Plaintiffs,<br><br>v.<br><br>DARRELL EMRICK, GARBER AG<br>FREIGHT, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.: CV-05-779<br><br>    1:06cv140-WKW |

RECEIVED 2006 FEB 15 A 10:31 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT M.D. ALA

## NOTICE AND FILING OF COPY OF NOTICE OF REMOVAL

To:    The Honorable Clerk of the Circuit Court of Houston County, Alabama

Please take notice that Defendants Darrell Emrick & Garber AG Freight, Inc., on the 14th day of February, 2006, filed a notice in the United States District Court for the Middle District of Alabama, Eastern Division, to remove this case from the Circuit Court of Houston County, Alabama to the United States District Court for the Middle District of Alabama. A true and correct copy of said Notice of Removal is hereby filed with the Clerk of the Circuit Court for Houston County, Alabama by being attached hereto.

Respectfully submitted this the 14th day of February, 2006

_____
Cecil H. Macoy, Jr. (MAC 017)
Glenn G. Waddell (WAD013)

Attorneys for Defendants Darrell Emrick and
Garber AG Freight, Inc.

OF COUNSEL:

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555
(205) 871-7534 (Fax)

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 14th day of February, 2006, served a copy of the foregoing on all counsel of record by mailing the same by United States Mail, postage prepaid and properly addressed as follows:

Tracy W. Cary, Esq.
3334 Ross Clark Circle
P.O. Box 1649
Dothan, Alabama 36302

_____
Of Counsel