IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL and<br>BETTY JEAN MITCHELL,<br><br>   Plaintiffs,<br><br>v.<br><br>DARRELL EMRICK, GARBER AG<br>FREIGHT, INC., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.:1:06-cv-140-WKW-DRB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Report of Parties' Planning Meeting

1.   Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on March 27, 2006, by telephone and was attended by:

>  Glenn G. Waddell, Esq. of Wallace, Jordan, Ratliff & Brandt, L.L.C. on behalf of Defendants; and

>  Tracy W. Cary, Esq. of Morris, Cary, Andrews, Talmadge, Triggers & Jones, LLC on behalf of Plaintiffs.

2.   **Pre-Discovery Disclosures**. The parties shall exchange the information required by Fed. R. Civ. P. 26(a)(1) by April 25, 2006.

3.   **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

1

Discovery will be needed on the following subjects:

    The liability of the Defendants as to Plaintiffs' claims;

    The damages suffered by Plaintiffs with respect to their claims; and

    The issue of whether Plaintiff Betty Jean Mitchell's claims against the Defendants have been released.

All discovery shall commence in time to be completed by September 11, 2006.

Maximum of 50 interrogatories by each party to any other party.

Maximum of 25 requests for admission by each party to the other party.

Maximum of 50 requests for production by each party to the other party.

Maximum of 5 depositions by Plaintiff and 5 by Defendant, each deposition limited to the time limit set forth in Fed. R. Civ. P. 30(d)(2) unless otherwise agreed by the parties or ordered by the Court.

Reports from retained experts under Fed. R. Civ. P. 26(a)(2) due:

    From Plaintiffs by June 9, 2006.

    From Defendants by July 7, 2006.

4. **Other Items**.

The parties do not request a conference with the court before entry of the scheduling order.

Plaintiffs should be allowed until June 1, 2006, to join additional parties and until June 1, 2006 to amend the pleadings.

Defendants should be allowed until June 1, 2006, to join additional parties and until June 1, 2006, to amend the pleadings.

All potentially dispositive motions should be filed by October 9, 2006.

Settlement cannot be realistically evaluated before initial discovery obtained.

The parties will evaluate whether this case is suitable for mediation under the Court's ADR plan over the course of discovery but are unsure at this time whether the case is suitable for mediation.

The parties request a final pretrial conference in November 2005.

Final lists of trial evidence under Fed. R. Civ. P. 26(a)(3) should be due:

> From Plaintiffs:  witnesses by 20 days before trial
>
> exhibits by 20 days before trial
>
> From Defendant:  witnesses by 20 days before trial
>
> exhibits by 20 days before trial

Parties should have 10 days after service of final lists of trial evidence to list objections under Fed. R. Civ. P. 26(a)(3).

The case should be ready for trial by December 4, 2006 and at this time is expected to take approximately 2 days.

Date: March 27, 2006

_____
Cecil H. Macoy, Jr. (MAC 017)
Glenn G. Waddell (WAD013)
Attorneys for Defendants Darrell Emrick and
Garber AG Freight, Inc.


**OF COUNSEL**:

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555
(205) 871-7534 (Fax)


_____
Tracy W. Cary (CAR098)
Attorney for Plaintiffs
Earnest and Betty Jean Mitchell

**OF COUNSEL**:

Morris, Cary, Andrews, Talmadge, Triggers & Jones, LLC
3334 Ross Clark Circle
P.O. Box 1649 (36302)
Dothan, Alabama 36303