**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EARNEST MITCHELL and** | ) | |
| **BETTY JEAN MITCHELL,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.:1:06-cv-140-WKW-DRB** |
| | ) | |
| **DARRELL EMRICK, GARBER AG** | ) | |
| **FREIGHT, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' INITIAL DISCLOSURES**

Defendants Darrell Emrick ("Emrick") & Garber AG. Freight, Inc. ("Garber") (collectively, "Defendants") submit the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

**A.    Persons likely to have discoverable information Defendants may use to support their defenses**

1.    Defendant Darrell Emrick

2.    Benjamin Garber, President of Defendant Garber and/or other representatives of Defendant Garber

3.    Plaintiff Earnest Mitchell

4.    Plaintiff Earnest Mitchell

5.    Scott A. Ruodock, investigating police officer, Dothan Police Department

6.    Persons listed on the Plaintiffs' list of witnesses

7.    Defendants reserve the right to supplement this list upon learning the identity of other persons likely to have discoverable information that Defendants may use to support its defenses upon learning of same through discovery or other investigation.

**B.    Documents the Defendants may use to support their defenses:**

1.      Documents produced by Defendant Garber to Plaintiffs in response to Plaintiffs' First Request for Production of Documents to Garber.

2.      Documents requested of Plaintiffs by Defendants in the Defendants' First Request for Production of Documents.

3.      Documents referenced in the Plaintiffs' Initial Disclosures.

4.      Defendants reserve the right to supplement this list upon learning the identity of other documents which Defendants may use to supports its defenses upon learning of same through discovery or other investigation.

**C.      Damages Calculation**

Not applicable to Defendants.

**D.      Insurance**

A copy of Defendants' insurance policy has been provided to Plaintiffs.


 /s/ Glenn G. Waddell
Cecil H. Macoy, Jr. (MAC 017)
cm@wallacejordan.com
Glenn G. Waddell (WAD013))
gw@wallacejordan.com
Attorneys for Defendants Darrell Emrick and
Garber AG Freight, Inc.


OF COUNSEL:

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555
(205) 871-7534 (Fax)

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have on this 3rd day of May, 2006, filed the forgoing with the Clerk of the Court using the CM/ECF system which I will send notification of such filing to the following:

Tracy W. Cary, Esq.
Morris, Cary, Andrews, Talmadge, Triggers & Jones, LLC
3334 Ross Clark Circle
P.O. Box 1649 (36302)
Dothan, Alabama 36303

and I hereby certify that I have mailed by United states Postal Service the document to any non-CM/ECF participants.

/s/ Glenn G. Waddell
Cecil H. Macoy, Jr. (MAC 017)
cm@wallacejordan.com
Glenn G. Waddell (WAD013))
gw@wallacejordan.com
Attorneys for Defendants Darrell Emrick and
Garber AG Freight, Inc.