IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL and<br>BETTY JEAN MITCHELL,<br><br>    Plaintiffs,<br><br>v.<br><br>DARRELL EMRICK, GARBER AG<br>FREIGHT, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.:1:06-cv-140-WKW-DRB<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL AS TO BETTY JEAN MITCHELL**

Come now Plaintiffs Earnest Mitchell and Betty Jean Mitchell and Defendants Darrell Emrick & Garber AG Freight, Inc. ("Defendants") and stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of all claims asserted herein by Betty Jean Mitchell against Defendants in this matter, costs taxed as paid.

_____
Cecil H. Macoy, Jr. (MAC 017)
Glenn G. Waddell (WAD013))
Attorneys for Defendants Darrell Emrick and
Garber AG Freight, Inc.

OF COUNSEL:

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555
(205) 871-7534 (Fax)

This 5th day of ~~April~~ May, 2006.

                          MORRIS, CARY, ANDREWS,
                          TALMADGE, JONES & DRIGGERS, LLC

                          */s/ Tracy W. Cary*
                          Tracy W. Cary (CAR098)
                          Attorney for Plaintiffs
                          Earnest and Betty Jean Mitchell
                          3334 Ross Clark Circle
                          P.O. Box 1649 (36302)
                          Dothan, Alabama 36303
                          334-792-1420
                          334-673-0077 Fax