IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DARRELL EMRICK, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:06-CV-140-WKW |

### **ORDER**

This case is before the Court on the parties' joint Stipulation of Dismissal as to Betty Jean Mitchell (Doc. # 9), filed on May 5, 2006. Pursuant to Fed. R. Civ. P. 41(a)(1), it is therefore ORDERED that all claims asserted by Betty Jean Mitchell against the defendants are hereby DISMISSED with prejudice. Plaintiff Earnest Mitchell's claims against the defendants remain.

DONE this the 12th day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE