IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.:1:06-cv-140-WKW-DRB |
| | ) |
| DARRELL EMRICK, GARBER AG FREIGHT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO EXTEND DEADLINE

COME NOW Plaintiff Earnest Mitchell ("Plaintiff") and Defendants Darrell Emrick ("Emrick") & Garber AG. Freight, Inc. ("Garber") (collectively, "Defendants") and jointly submit the following motion to extend deadline. As grounds in support of this motion, the parties state as follows:

1. Plaintiff requires surgery and has been unable to schedule same due to insurance coverage issues.

2. Defendants have been unable to take the deposition of Plaintiff due to the foregoing.

3. Due to this scheduling conflict, both parties request that the deadline to amend pleadings and add parties listed in Section 4 of the April 10, 2006 Uniform Scheduling Order be continued from June 21, 2006 until September 21, 2006.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants respectfully request this Court to extend its June 21, 2006 deadline in order to allow the parties additional time to take

depositions and determine if any additional parties should be added or any pleadings should be amended.

/s/ Cecil H. Macoy, Jr. (MAC 017)
cm@wallacejordan.com
Glenn G. Waddell (WAD013))
gw@wallacejordan.com
Attorneys for Defendants Darrell Emrick and Garber AG Freight, Inc.

OF COUNSEL:

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555
(205) 871-7534 (Fax)

/s/ Tracy Cary /GGW
Tracy W. Cary (CAR098)
tcary@mcatlaw.com
Attorney for Plaintiffs
Earnest Mitchell

OF COUNSEL:

Morris, Cary, Andrews, Talmadge, Triggers & Jones, LLC
3334 Ross Clark Circle
P.O. Box 1649 (36302)
Dothan, Alabama 36303
(334) 792-1420
(334) 673-0077 (Fax)