IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EARNEST MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-140-WKW |
| | ) | |
| DARRELL EMRICK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the Court on the parties' Joint Motion to Extend Deadline (Doc. # 11), filed on June 8, 2006. Upon consideration, it is hereby ORDERED that this motion is GRANTED. Because the parties' deadline for filing dispositive motions in this case is set for September 19, 2006, the deadline to amend pleadings and add parties is extended only until August 21, 2006.

DONE this the 14th day of June, 2006.

                                  /s/  W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE