**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **EARNEST MITCHELL and** ) | |
| **BETTY JEAN MITCHELL,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NO.:1:06-cv-140-WKW-DRB** |
| ) | |
| **DARRELL EMRICK, GARBER AG** ) | |
| **FREIGHT, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF WITHDRAWAL**

Comes now Glenn G. Waddell and advises this Court that he is no longer associated with the firm of Wallace, Jordan, Ratliff & Brandt, L.L.C. and, therefore, moves this Court to withdraw him from this case. Cecil H. Macoy, Jr. of the firm of Wallace, Jordan, Ratliff & Brandt, L.L.C. will remain as counsel for Defendants Darrell Emrick and Garber AG Freight, Inc.

This the 7th day of August, 2006.

/s/ Glenn G. Waddell
Glenn G. Waddell
Bar Number: ASB 2259 W52G

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 7th day of August, 2006, filed the forgoing with the Clerk of the Court using the CM/ECF system which I will send notification of such filing to the following:

Tracy W. Cary, Esq.
Morris, Cary, Andrews, Talmadge, Triggers & Jones, LLC
3334 Ross Clark Circle
P.O. Box 1649 (36302)
Dothan, Alabama 36303

      /s/ Glenn G. Waddell
      Glenn G. Waddell
      Bar Number: ASB 2259 W52G