IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EARNEST MITCHELL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-140-WKW |
| | ) | |
| DARRELL EMRICK, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Upon consideration of the motion to withdraw filed on August 7, 2006 (Doc. # 13), it is hereby

ORDERED that the motion is GRANTED. Accordingly, Glenn G. Waddell is hereby permitted to withdraw as counsel of record for the defendants.

DONE, this the 9th day of August, 2006.

                                                   /s/  W.  Keith Watkins
                                                  UNITED STATES DISTRICT JUDGE