## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **EARNEST MITCHELL** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.:1:06-cv-140-WKW-DRB |
| | ) |
| **DARRELL EMRICK, GARBER AG** | ) |
| **FREIGHT, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Jason E. Gammons of the law firm of Wallace, Jordan, Ratliff & Brandt, and notices his appearance as additional counsel for Defendants Darrell Emrick and Garber AG Freight, Inc. in this action.

Respectfully submitted this 15th day of September, 2006.

/s Jason E. Gammons
Jason E. Gammons
ASB-7277-J38G
jg@wallacejordan.com

**OF COUNSEL:**
**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
Post Office Box 530910
Birmingham, Alabama 35253
Telephone:  (205) 870-0555
Facsimile:   (205) 871-7534

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of September, 2006, I have filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tracy W. Cary, Esq.
Morris, Cary, Andrews, Talmadge, Triggers & Jones, LLC
3334 Ross Clark Circle
P.O. Box 1649 (36302)
Dothan, Alabama 36303

                                           /s Jason E. Gammons
                                           Bar Number: ASB-7277-J38G
                                           jg@wallacejordan.com