# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EARNEST MITCHELL** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO.:1:06-cv-140-WKW-DRB |
| | ) |
| **DARRELL EMRICK, GARBER AG** | ) |
| **FREIGHT, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

_____

## MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

COME NOW Defendants Darrell Emrick and Garber AG Freight, Inc. and move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to enter an order granting final partial summary judgment in its favor and dismissing, with prejudice, count three of Plaintiff Earnest Mitchell's Complaint against them. In support of this Motion, Defendants submit the following:

1. Defendants' Brief in Support of their Motion for Summary Judgment with all attached exhibits filed contemporaneously herewith including Defendant Garber AG Freight, Inc.'s Response to Plaintiffs' First Interrogatories (Exhibit A) and the Affidavit of Benjamin E. Garber (Exhibit B)

Respectfully submitted this 19th day of September, 2006.

1

/s Cecil H. Macoy, Jr.
Bar Number: ASB-3995-Y75C
cm@wallacejordan.com

Jason E. Gammons
Bar Number ASB-7277-J38G
jg@wallacejordan.com

Attorneys for Defendants
Darrell Emrick and
Garber AG Freight, Inc.

**OF COUNSEL:**
**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**
Post Office Box 530910
Birmingham, Alabama 35253
Telephone: (205) 870-0555
Facsimile: (205) 871-7534

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2006, I have filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tracy W. Cary, Esq.
Morris, Cary, Andrews, Talmadge, Triggers & Jones, LLC
3334 Ross Clark Circle
P.O. Box 1649 (36302)
Dothan, Alabama 36303

/s Cecil H. Macoy, Jr.
Bar Number ASB-3995-Y75C
cm@wallacejordan.com