IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.:1:06-cv-140-WKW-DRB |
| ) | |
| DARRELL EMRICK, GARBER AG ) | |
| FREIGHT, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF BENJAMIN E. GARBER

Before me, the undersigned notary public in and for said state, personally appeared Benjamin E. Garber, who being by me first duly affirmed, deposed and said on oath as follows:

1. My name is Benjamin E. Garber. I am a resident of the state of Indiana and am over the age of nineteen years. I understand that this Affidavit is being filed in support of a motion for partial summary judgment submitted on my behalf. I have personal knowledge of the matters and things in this Affidavit.

2. I am the president of Garber AG Freight, Inc.

3. Darrell Emrick applied to work for Garber AG Freight, Inc. on September 1, 2003. After Darrell Emrick applied to work for Garber, but before I

Page 1 of 3

hired him, I contacted his two most recent employers for whom he had driven, KBT Trucking and Sysco Food Service. Everyone I spoke with from each of these companies informed me that Emrick was a good driver and had done a good job for them as a driver.

4. I also submitted Emrick for approval as a driver to my insurance company, who ordered and viewed Emrick's driver's record from the State of Ohio. That document indicated that Emrick had been cited on two occasions for speeding and on two occasions for not wearing his seat belt. (See Driver's Record Service Report for Ohio (submitted herewith and attached hereto as Exhibit 1) at pp. 1-2). There were no other types of violations, such as wreckless driving, on Emrick's driving record. (See Exhibit 1). There was no indication that Emrick had ever been involved in a traffic accident. (See Exhibit 1). My insurance company cleared Emrick to drive for Garber AG Freight, Inc.

5. I hired Emrick on September 15, 2003. I also had Emrick complete a road test.

6. After I hired Emrick, I did not immediately allow him to drive on his own. Instead, I had him drive with the other drivers. After the other drivers reported to me that Emrick was a good driver, I allowed Emrick to drive on his own.

7. After Emrick began working for Garber, I cautioned him to drive with care and not to exceed the speed limit. I also distributed literature to Emrick and the other drivers about driving safely.

Further affiant saith not.

Executed this 19 day of September, 2006.

_____B. E. G._____
Benjamin E. Garber

STATE OF OHIO                    )
_Darke_ COUNTY                   )

I, the undersigned, a Notary Public in and for said County, in said State, certify that Benjamin E. Garber, an individual whose name is signed to the foregoing Affidavit and who is known to me, after being duly affirmed by me, executed the foregoing Affidavit voluntarily on this the _19_ day of September, 2006.

_____Marilyn S. Keller_____
Notary Public

My Commission Expires: _11-4-2009_

MARILYN S. KELLER
Notary Public, State of Ohio
My Commission Expires November 4, 2009

Page 3 of 3