iiX DRIVER RECORD SERVICE REPORT FOR OHIO

Report Date: 01/29/04          00-623538-330833275-000          Page  1

Licensee Name/Address          | Report Prepared For:

DARRELL D EMRICK               | PHELAN INSURANCE AGENCY INC
3523 VIETOR RD                 | 863 EAST MAIN STRET
GREENVILLE OH 45331            | VERSAILLES          OH45380

Comment:                       | Account #:  623538/000
                               | Report Id:  330833275      00000000
GARBER AG FREIGHT/JMR          | User Batch: 00         Requestor: JMR
                               | Request Id: 330833275

License Number           DOB        Driver Description           SSN

RN195912                 11/10/63   M HT:5'11  195# EYE:BLU HR:BRO

Issued      Expired     License Class      Restrictions          Status

11/12/02    11/10/06    CLASS A COMM                             VALID

                *** MISCELLANEOUS AND STATE SPECIFIC INFORMATION ***

Type Description

FCRA This report has been generated for insurance purposes only and it may not
FCRA be used for any other purpose. The use and dissemination of the report and
FCRA the information contained therein must be in accordance with your agreement
FCRA with iiX and in compliance with the Fair Credit Reporting Act, the Driver's
FCRA Privacy Protection Act, and any applicable state statute(s).
MISC REQUESTED AS: DARRELL         D         EMRICK
MISC REQUESTED AS: DOB: 11101963  LICENSE : 277523358
LICN CDL CLASS: COMM A -  COMBINATION VEHICLE > 26K,TOW > 10K
LICN CDL STATUS: VALID - VALID
LICN LIC ISSUED: 11/12/2002
LICN LIC EXPIRES: 11/10/2006
ENDR LIC ENDMT: MOTORCYCLE - TWO WHEEL MOTORCYCLE
ENDR CDL ENDMT: TRAILER - DOUBLE/TRIPLE TRAILERS
ENDR CDL ENDMT: TANK VHCL - TANKERS - BULK HAULERS

                        *** DRIVING RECORD HISTORY ***

Type Viol/Sus Conv/Rei Description                         Code        Pts

VIOL 11/13/03 11/24/03 VIOLATION SEAT BELT LAW                         00
                      COM VEH: Y
                      COURT: JACKSON MUNICIPAL COURT
                      COURT CASE: 3D08984
VIOL 08/30/02 09/06/02 SPEED                                           00
                      COURT: BROWN CO MUNICIPAL COURT
                      COURT CASE: 2D06583

                *** < Continued Next Page > ***

DEF 0043

iiX DRIVER RECORD SERVICE REPORT FOR OHIO

Report Date: 01/29/04                 00-623538-330833275-000            Page   2
============================================================================
Name: DARRELL D EMRICK                        DL Number: RN195912
Comment: GARBER AG FREIGHT/JMR
============================================================================

<< C O N T I N U E D >>

*** DRIVING RECORD HISTORY ***

| Type | Viol/Sus | Conv/Rei | Description | Code | Pts |
|---|---|---|---|---|---|
| VIOL | 02/05/01 | 02/26/01 | SPEED<br>COURT: EATON MUNICIPAL COURT<br>COURT CASE: 1D012970 | | 02 |
| VIOL | 02/05/01 | 02/26/01 | VIOLATION SEAT BELT LAW<br>COURT: EATON MUNICIPAL COURT<br>COURT CASE: 1D012970 | | 00 |

*** End Of Report ***

DEF  0044