IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. :1:06-cv-140-WKW/DRB |
| ) | |
| DARRELL EMRICK, ) | |
| GARBER AG FREIGHT, INC., et.al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the Plaintiff, through counsel, and pursuant to the Court's order, files the following notice to the Court concerning the parties' settlement conference and mediation:

1. The parties made good faith efforts at discussing the possibility of reaching an amicable resolution of the above-referenced matter

2. Despite good faith attempts at negotiation, the parties have not been able to reach a settlement.

3. However, the parties have agreed that mediation will assist resolution of this case.

4. The parties have agreed to mediate and have tentatively scheduled the mediation for November 2006.

Respectfully submitted on this the 13th day of October, 2006.

MORRIS, CARY, ANDREWS,
TALMADGE, JONES & DRIGGERS, LLC

_____
TRACY W. CARY (CAR 098)
Attorney for Plaintiff
P.O. Box 1649

Dothan, Alabama 36302
(334) 792-1420 Tel

### CERTIFICATE OF SERVICE

I hereby certify that on October 13th 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing of the foregoing to Coy McCoy, Esq. I further certify that a true and correct copy of the foregoing has been served by U.S. Mail on the same day to the following:

Cecil H. Macoy, Jr., Esq.
WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Attorney for Defendant Darrell Emrick & Garber AG Freight, Inc.

_____
TRACY W. CARY