IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. :1:06-cv-140-WKW/DRB |
| | ) |
| DARRELL EMRICK, | ) |
| GARBER AG FREIGHT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO CONTINUE HEARING
ON THE MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff in the above-referenced matter and pursuant to Rule 56(f), Fed. R. Civ. P., moves the Court to continue the hearing on the Motion for Summary Judgment on the following grounds:

1. On September 19, 2006, the Defendant filed a motion for partial summary judgment regarding count three of Plaintiff's complaint. Count three of plaintiff's complaint alleges negligent, wanton or reckless hiring, training and supervision on the part of Defendant Garber AG Freight, Inc. concerning its' driver, Darrell Emrick.

2. On September 26, 2006, the Court entered an order setting October 17, 2006 as the deadline for Plaintiff's response to the motion.

3. On several occasions, Plaintiff has requested to take the deposition of the defendant driver, Darrell Emrick and the corporate representative for Garber AG Freight, Inc. (See, e.g., Exhibit A, letter from Cary to Macoy, dated September 20, 2006). As of the date of the Plaintiff's deadline to respond, the defendants have not yet been made available for deposition.

4. Plaintiff needs the deposition of the defendants to adequately respond to the issues raised in the Motion for Partial Summary Judgment. (see affidavit of Plaintiff's counsel, attached as Exhibit B hereto).

5. Plaintiff's counsel has discussed the subject of this Motion to Continue with counsel for the Defendants and Defendants' counsel does not object to continuing the deadline for Plaintiff's response.

6. Moreover, the parties have agreed to mediate this matter within the next 30 days and a continuance past that time period would not unduly prejudice either party to this matter.

WHEREFORE, the premises considered, the Plaintiff respectfully moves this Honorable Court to continue the deadline for Plaintiff's response to the motion for partial judgment and the Court's consideration of the motion for a period of at least 45 days during which the parties will mediate the case and further discuss deposition scheduling in the event mediation is not successful. Plaintiff also moves for such other order as is just.

Respectfully submitted on this the 17th day of October, 2006.

MORRIS, CARY, ANDREWS,
TALMADGE, JONES & DRIGGERS, LLC

*/s/ Tracy W. Cary*
TRACY W. CARY (CAR 098)
Attorney for Plaintiff
P.O. Box 1649
Dothan, Alabama 36302
(334) 792-1420 Tel

## CERTIFICATE OF SERVICE

I hereby certify that on October 17th 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic

filing of the foregoing to Coy McCoy, Esq. I further certify that a true and correct copy of the foregoing has been served by U.S. Mail on the same day to the following:

Cecil H. Macoy, Jr., Esq.
WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Attorney for Defendant Darrell Emrick & Garber AG Freight, Inc.

_____
TRACY W. CARY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. :1:06-cv-140-WKW/DRB |
| | ) |
| DARRELL EMRICK, | ) |
| GARBER AG FREIGHT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT A

# MORRIS, CARY, ANDREWS
# TALMADGE, JONES & DRIGGERS, LLC

## ATTORNEYS AT LAW

JOSEPH A. MORRIS[1]
TRACY W. CARY[1]
S. MARK ANDREWS[3]
DAN TALMADGE[1]
M. ADAM JONES[3]
CORY H. DRIGGERS[3]

OF COUNSEL:
WILKES C. ROBINSON[4]
Federal Judge Retired

3334 Ross Clark Circle
Post Office Box 1649
Dothan, Alabama 36302

Tel 334 792 1420
Fax 334 673 0077
www.mcatlaw.com

September 20, 2006

Cecil Macoy, Esq.
Wallace, Jordan, Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, Alabama 35253
Via Fax to 205-871-7534

Re: Earnest and Betty Jean Mitchell vs. Darrell Emrick, Garber AG Frieght, Inc.

Dear Coy:

I have requested on several occasions the opportunity to take the depositions of your defendant driver and your corporate representative. I have now received your motion for partial summary judgment, but before I can be in a position to respond, I will need to take these depositions. I understand that we will be traveling to Detroit on September 26, 2006 for my client's deposition, but in order for me to respond to the motion for summary judgment and to otherwise meet the court's deadlines, I need to take these depositions. Please let me hear from you at your earliest opportunity to discuss these matters.

Sincerely,

MORRIS, CARY, ANDREWS,
TALMADGE, JONES & DRIGGERS, LLC

Tracy W. Cary

TWC/ssc

[1]Member of Alabama & Florida Bars · [2]Member of Alabama, Florida, Georgia, Tennessee & Washington, D.C. Bars
[3]Member of Alabama Bar · [4]Member of Alabama, Missouri & Virginia Bars

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. :1:06-cv-140-WKW/DRB |
| ) | |
| DARRELL EMRICK, ) | |
| GARBER AG FREIGHT, INC., et al., ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. :1:06-cv-140-WKW/DRB |
| | ) |
| DARRELL EMRICK, | ) |
| GARBER AG FREIGHT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

Personally appeared before the undersigned officer authorized by the laws of the State of Alabama to administer oaths, TRACY W. CARY, who, first being sworn, does depose and state under oath as follows:

1. I am sui juris and laboring under no legal disabilities.

2. All of the matters contained within this affidavit are within my personal knowledge.

3. I represent the plaintiff, Earnest Mitchell, in this action.

4. My office has requested to take the deposition of the defendants in the above-referenced matter.

5. Defense counsel indicated both defendants would be made available for deposition.

6. However, as of the date of this Affidavit, no dates have been provided for Plaintiff to take the depositions of the defendants.

7. Plaintiff needs the deposition of the defendants to more adequately respond to the issues raised in the Motion for Partial Summary Judgment filed by defendants.

FURTHER AFFIANT SAYETH NOT.

This 17th day of October, 2006.

_____
Tracy W. Cary

Sworn to and subscribed before me this 17th day of October, 2006.

_____
Notary public:
My commission expires: 10-15-08