IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-140-WKW |
| | ) |
| DARRELL EMRICK, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On October 17, 2006, in compliance with Fed. R. Civ. P. 56(f), the plaintiff filed a motion requesting an extension of time to respond to the motion for partial summary judgment filed by the defendants. (Doc. # 20.) In his motion and supporting affidavit of his counsel, Plaintiff asserts that in order to fully respond to the motion for partial summary judgment, it is necessary for him to take the depositions of Defendant Darrell Emrick and the corporate representative for Defendant Garber AG Freight, Inc. (*Id*. at ¶ 3.) Plaintiff also asserts in his motion that Defendants do not object to continuing the deadline for Plaintiff's response. (*Id*. at ¶ 5.) Upon consideration of the motion and the supporting affidavit, it is hereby

ORDERED that, pursuant to Fed. R. Civ. P. 56(f), the motion (Doc. # 20) is GRANTED. Plaintiff shall file his response to the motion for summary judgment on or before December 8, 2006. Defendants may file a reply brief on or before December 15, 2006. Thereafter, the motion shall be deemed submitted.

DONE this 18th day of October, 2006.

          /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE