IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-140-WKW |
| | ) |
| DARRELL EMRICK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Based upon the parties' representations to the court that the above-styled matter has settled, it is hereby

ORDERED that on or before **January 19, 2007**, the parties shall file a Joint Stipulation of Dismissal.

It is further ORDERED that the pretrial conference scheduled for **December 18, 2006** is CANCELED.

The Clerk of the Court is DIRECTED to remove the above-styled case from the **January 29, 2007 Dothan** trial docket.

DONE this 11th day of December, 2006.

        /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE