IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL and<br>BETTY JEAN MITCHELL,<br><br>    Plaintiffs,<br><br>v.<br><br>DARRELL EMRICK, GARBER AG<br>FREIGHT, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO.:1:06-cv-140-WKW-DRB<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Dismissal of this action, with prejudice, is hereby stipulated to by the parties to this action through their undersigned counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs.

Submitted this 12th day of January, 2007.

_____
Cecil H. Macoy, Jr.
Attorney for Darrell Emrick and
Garber AG Freight, Inc.

_____
Tracy W. Cary
Attorney for the Plaintiffs

**OF COUNSEL:**

Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, Alabama 35253
Telephone:  (205) 870-0555
Facsimile:  (205) 871-7534

**OF COUNSEL:**

Morris, Cary, Andrews, Talmadge, Triggers &
Jones, LLC
3334 Ross Clark Circle
P.O. Box 1649 (36302)
Dothan, Alabama 36303