**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

January 16, 2007

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   Earnest Mitchell et al v. Emrick et al

Case No.:   1:06cv140-WKW
             Document 24 Stipulation of Dismiss

This Notice of Correction was filed in the referenced case this date to attach the corrected pdf for this document. The original e-filed document was not dated. A copy of the corrected document is attached.