IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EARNEST MITCHELL, *et al.*,    )  |   |
| )  |   |
|       Plaintiffs   ) |   |
| ) |   |
| v.   ) | CASE NO. 1:06-cv-140-WKW |
| ) | (WO) |
| DARRELL EMRICK, *et al.*,  ) |   |
| ) |   |
|       Defendants.  ) |   |

**FINAL JUDGMENT**

Upon consideration of the Joint Stipulation of Dismissal filed by the parties on January 12, 2007 (Doc. # 24) it is hereby ORDERED that:

1. This case is DISMISSED with prejudice.

2. Each party is to bear its own costs.

3. All pending motions are DENIED as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 16th day of January, 2007.

                                         /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE